# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**NXIVM Corporation**
                    Petitioner

    vs.                                        **CASE NUMBER: 1:11-MC-58 (GLS/DEP)**

**Sheila Cote and Barbara Bouchey**
                    Respondents

**Decision by Court.**    This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment is awarded to Plaintiff and against respondent Barbara Bouchey.
Plaintiff NXIVM is awarded costs and attorneys' fees in the sum of $5,000.00 to be paid
by Barbara Bouchey.  This action is hereby closed.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated
the 9th day of December, 2011.

DATED: December 9, 2011

Clerk of Court

s/

_____

Joanne Bleskoski

Deputy Clerk